**Order entered September 25, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00807-CV

### IKE S. UGOKWE, Appellant

### V.

### SOCA FUNDING, LLC AND SOUTHWEST BANK, Appellees

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-08129**

## ORDER

We **GRANT** appellant's September 24, 2015 second motion for extension of time to file brief to the extent we **ORDER** Dallas County District Clerk Felicia Pitre to file, no later than October 2, 2015, the supplemental clerk's record requested by appellant. We further **ORDER** appellant to file his brief no later than October 9, 2015. Appellant is cautioned that no further extensions will be granted absent exigent circumstances.

We **DIRECT** the Clerk of the Court to send a copy of this letter to Ms. Pitre and counsel for the parties.

/s/    CRAIG STODDART
        JUSTICE